679 A.2d 104

**MARTIN MARIETTA CORPORATION et al.**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

**No. 91, Sept. Term, 1995.**

Court of Appeals of Maryland.

July 24, 1996.

Philip B. Barnes (J. Van Lear Dorsey, Whiteford, Taylor & Preston, L.L.P., on brief), Towson, for Petitioner.

Mark R. Brown (Joseph N. Karey, Nead, Hoffman & Karey, on brief), Baltimore, for Respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 24th day of July, 1996.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.